FILED: November 17, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-269
(7:17-cv-00189-D)
(7:17-cv-00197-D)
(7:17-cv-00201-D)

_____

E. I. DUPONT DE NEMOURS & COMPANY; THE CHEMOURS COMPANY FC, LLC

    Petitioners

v.

BRENT NIX; VICTORIA CAREY; MARIE BURRIS; MICHAEL KISER

    Respondents

_____

O R D E R
_____

Upon consideration of submissions relative to petitioners' motion for leave to file a reply in support of their petition for permission to appeal, the court grants the motion.

Upon consideration of submissions relative to the petition for permission to appeal, the court denies the petition.

Entered at the direction of Judge Niemeyer with the concurrence of Judge Harris and Judge Heytens.

            For the Court

            /s/ Nwamaka Anowi, Clerk